IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RODNEY LAWRENCE,

        Petitioner,

vs.                                  CASE NO.: 5:05cv267-SPM/AK

JOSE BARRON,

        Respondent.
_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

        This cause comes before the Court on Petitioner's Motion for Reconsideration (doc. 25).  Upon review, the Court finds no reason to change its original order (doc. 23).

        As explained in that order, the nature of Petitioner's claim has changed materially.  Petitioner is raising a new claim for which he has not exhausted his administrative remedies.  "Exhaustion of administrative remedies is jurisdictional." Gonzalez v. United States, 959 F.2d 211, 212 (11th Cir. 1992).  Before Petitioner can bring his new claim in court, he must exhaust his administrative remedies.  Accordingly, it is

        ORDERED AND ADJUDGED that the Motion for Reconsideration (doc.

25) is denied.

DONE AND ORDERED this 29th day of May, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge